# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY JPW D.C.

05 SEP 20 AM 10: 33

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **MARK ROBERTS,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | |
| **TIMOTHY C. OUTLAW,** | No: 04-3062 Ml/V |
| Respondent. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Denying Motion for Extension of Time and For a Stay and Order of Dismissal, entered September 20, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Sept. 20 2005
DATE

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:04-CV-03062 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

Mark Roberts
1002 East Northfield Blvd.
#G-105
Murfreesboro, TN 37130

Honorable Jon McCalla
US DISTRICT COURT